IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, and THOMAS KLAUS, <br><br> Plaintiffs, <br><br> v. <br><br> STARZ ENTERTAINMENT, LLC, <br><br> Defendant. | No. 2:21-cv-310-RJC |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Robert Jahoda and Thomas Klaus hereby voluntarily dismiss with prejudice their claims against Defendant Starz Entertainment, LLC.

Dated: January 28, 2022

So Ordered: 1/28/22

s/Robert J. Colville

Respectfully Submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson
Ian M. Brown
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

Nicholas A. Colella
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
NickC@lcllp.com

*Counsel for Plaintiffs*